UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALBERTO LUIS BURGOS, JR.                                                            PLAINTIFF

v.                                              No. 5:22-CV-05052

DETECTIVE MICHAEL ROUGHTON, et al.                                    DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 6) from United States Magistrate Judge Christy D. Comstock.  No objections were filed and the deadline to object has passed.   Following preservice screening under 28 U.S.C. § 1915A, the Magistrate Judge recommends that only Plaintiff's due process claims be dismissed without prejudice for failure to state a claim. The Magistrate Judge further recommends Plaintiff's Fourth Amendment claim remain pending.  The Court has carefully reviewed the report and recommendation, which is proper and contains no clear error.  The report and recommendation is ADOPTED IN FULL.

IT IS THEREFORE ORDERED that Plaintiff's due process claims are DISMISSED WITHOUT PREJUDICE.  Plaintiff's complaint otherwise remains pending and this case remains referred.

IT IS SO ORDERED this 26th day of April, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

1