IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALBERTO LUIS BURGOS, JR.                                                                       PLAINTIFF

v.                                             CASE NO. 5:22-CV-5052

DETECTIVE MICHAEL ROUGHTON, et al                                                    DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 29) from U.S. Magistrate Judge Christy D. Comstock. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court grant Defendants' Motion for Summary Judgment (Doc. 24). The Court has conducted careful review of this case. The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. 24) is GRANTED and this case is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this May 9, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE